GERALD S. KIM
State Bar No. 249886
BARRETT DAFFIN & FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765
(626) 915-5714–Phone
(972) 661-7726 - Fax
File No. 1620095
cdcaecf@bdfgroup.com

Attorney for Movant
DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE OF THE INDX MORTGAGE LOAN
TRUST2006-AR6, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-AR6, UNDER THE
POOLING AND SERVICING AGREEMENT DATED
APRIL 1, 2006, its successors and assigns

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>ELOY PENA | CASE NO.:    2:09-bk-46619-VZ |
| | CHAPTER:    13 |
| | MOTION TO REOPEN BANKRUPTCY CASE FOR THE LIMITED PURPOSE OF VALIDATING  MOVANT'S TRUSTEE SALE |
| Debtors. | DATE:        July 12, 2010<br>TIME:        11:00am<br>PLACE:      U.S. Bankruptcy Court<br>255 East Temple Street<br>Los Angeles, CA<br>Courtroom 1368, 13th Floor |

Movant DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE

INDX MORTGAGE LOAN TRUST2006-AR6, MORTGAGE PASS-THROUGH CERTIFICATES,

1  SERIES 2006-AR6, UNDER THE POOLING AND SERVICING AGREEMENT DATED

2  APRIL 1, 2006, its successors and/or assigns ("Movant"), by its undersigned attorneys, hereby moves

3  this Court pursuant to 11 U.S.C. § 350(b) to reopen the above-entitled bankruptcy case for the limited

4  purpose of allowing Movant to file a Motion for Relief from the Automatic Stay to obtain entry of an

5  order annulling the automatic stay to validate Movant's non-judicial foreclosure sale of the real

6  property located at **12412 MAGNOLIA STREET, GARDEN GROVE, CA 92841**.    In support

7  thereof, Movant respectfully states as follows:

8

9  I.    JURISDICTION

10  This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(a) and 28 U.S. §§

11  1334(a) and 1334(d).  This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A) and

12  157(b)(2)(O).  Such matters are within the court's discretion to approve.

13  II.    BACKGROUND

14  1.    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDX

15  MORTGAGE LOAN TRUST2006-AR6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES

16  2006-AR6, UNDER THE POOLING AND SERVICING AGREEMENT DATED APRIL 1, 2006 is

17  the holder of a promissory note secured by a first priority deed of trust against the real property hereafter

18  described executed on or about November 10, 2005, by JAMES NGUYEN and recorded on November

19  10, 2005, as Instrument No. 2005000904428 in the Office of the Orange County Recorder, State of

20  California.

21  2.    The debtor's estate includes real property commonly known as **12412 MAGNOLIA**

22  **STREET, GARDEN GROVE, CA 92841** and legally described as follows:

23  THE SOUTH 10 ACRES OF THE SOUTHWEST ¼ OF THE NORTHWEST ¼ OF SECTION
31, TOWNSHIP 4 SOUTH RANGE 10 WEST, IN THE RANCHO LOS ALAMITOS, CITY
OF GARDEN GROVE, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN
ON A MAP RECORDED IN BOOK 51 PAGE 10 OF MISCELLANEOUS MAPS, RECORDS
OF ORANGE COUNTY, CALIFORNIA

MOTION TO REOPEN BANKRUPTCY CASE FOR THE LIMITED PURPOSE OF VALIDATING MOVANT'S TRUSTEE SALE

EXCEPTING THEREFROM THE EASTERLY 903.25 FEET THEREOF;

ALSO EXCEPTING THEREFROM THE SOUTHERLY 182.48 FEET THEREOF

3.      On or about April 10, 2006, the Debtor JAMES NGUYEN executed a promissory note in the original sum of $750,000.0 in favor of Loan Correspondents Inc. DBA Capital Funding Group.  The note is secured by a first priority deed of trust against said real property recorded on November 10, 2005, as Instrument No. 2005000904428  in the Office of the County Recorder of Orange County, California. Mortgage Electronic Registration Systems, Inc. as Nominee for Lender and Lender's Successors and Assigns assigned all its beneficial interest to Indymac Bank, FSB in said deed of trust by written assignment recorded on April 30, 2008 as Instrument No. 2008000205069 in the Office of the County Recorder of Orange County, California. Indymac Bank, FSB, subsequently assigned all its beneficial interest to Deutsche Bank National Trust Company as Trustee of the INDX Mortgage Loan Trust 2006-AR6, Mortgage Pass-Through Certificates, Series 2006-AR6 under the Pooling and Servicing Agreement dated April 1, 2006, by written assignment recorded on June 18, 2009, as Instrument No. 2009000322347 in the Office of the County Recorder of Orange County, California.

4.      On December 28, 2009, the Debtor ELOY PENA commenced this voluntary Chapter 13 case in the United States Bankruptcy Court for the Central District of California, Los Angeles Division, Case No. 2:09-46619-VZ.  The Debtor obtained an interest in the property through two successive transfers of property.

5.      Prior to the bankruptcy filing, Movant commenced a non-judicial foreclosure proceeding by recording a Notice of Default and Election to Sell Under Deed of Trust against the real property on April 08, 2009, as Instrument No. 2009000170671 in the Office of the County Recorder of Orange County, California.  A Notice of Trustee's Sale was recorded on July 28, 2009, as Instrument No. 2009000405598 in the Office of the County Recorder of Orange County, California.  The real property

MOTION TO REOPEN BANKRUPTCY CASE FOR THE LIMITED PURPOSE OF VALIDATING MOVANT'S TRUSTEE SALE

1  was scheduled for trustee sale on August 13, 2009, at 10:00 a.m. but was cancelled due to a prior

2  bankruptcy.

3      6.    On January 13, 2010, prior to the Court's entry of its Order Closing Case, and without

4  knowledge of this bankruptcy, National Default Exchange West, LLC ("NDEx"), as Movant's duly

5  appointed Trustee under the Deed of Trust conducted a non-judicial foreclosure sale of the Property.

6  The Property was sold to a third party purchaser.

7      7.    On or about January 28, 2010, approximately two weeks after the foreclosure sale,

8  Movant received a facsimile of bankruptcy filing notification including two Grant Deeds evidencing

9  the unauthorized transfer of Property from the Original Borrower to the Debtor.

10      8.    At no time prior to conducting the sale on January 13, 2010, was Movant aware that

11  Debtor held any interest in the Property.

12      9.    The Property was not listed on Debtor's petition.

13      10.    Deutsche Bank National Trust Company, as trustee of the INDX Mortgage Loan Trust

14  2006-AR6, Mortgage Pass-Through Certificates, Series 2006-AR6, Under the Pooling and Servicing

15  Agreement Dated April 1, 2006, was not on Debtor's service list.

16      11.    Onewest Bank, FSB, was not on Debtor's service list.

17      12.    The Court entered an Order and Notice of Dismissal for Failure to File Schedules,

18  Statements and/or plan with a 180 day bar to refilling pursuant to 11 U.S.C. Section 109(g) on

19  February 18, 2010.

20      13.    The Court entered an Order Closing Case on March 09, 2010.

### III.    MEMORANDUM OF POINTS AND AUTHORITIES

This motion is made pursuant to 11 U.S.C. § 350(b) which authorizes the court to reopen a

bankruptcy case to accord relief to the debtor or for other cause and pursuant to Rule 5010 of the

Federal Rules of Bankruptcy Procedure which authorizes the court to reopen a bankruptcy case on

MOTION TO REOPEN BANKRUPTCY CASE FOR THE LIMITED PURPOSE OF VALIDATING MOVANT'S TRUSTEE SALE

1    motion of the debtor or other interested party pursuant to 11 U.S.C. §360(b).  As this is discretionary,

2    the decision should be based upon the particular facts and equities of the case.  *In re Apez Oil Co.,*

3    *Inc.* (8th Cir. 2005) 406 F.3d 538, 542.

4
        In this case, Movant has discovered that the foreclosure sale was conducted during the

5
     Debtor's bankruptcy case without the creditor's actual knowledge of Debtor's fractionalized interest in

6
     the Property, the automatic stay, and without first seeking or obtaining relief from the automatic stay.

7
     Unless the bankruptcy case is reopened and the automatic stay is annulled retroactively to the petition

8
     filing date, the foreclosure and sale to the third party purchaser must be rescinded based upon the

9
10   apparent stay violation.  Movant cannot seek relief in another forum as only the Bankruptcy Court

11   can annul the stay.  Debtor should not be allowed to benefit from her activities to delay, hinder and

12
     defraud Movant through the unauthorized transfer of the Property.  Movant respectfully requests this

13
     Court to reopen this Case to allow Movant to pursue the proper remedies.

14
        WHEREFORE, moving party prays as follows:

15
        1.      For an order reopening the above-captioned bankruptcy case for the limited purpose of

16
17   obtaining and order annulling the automatic stay to validate the Movant's Trustee Sale;

18
        2.      That, following such approval, the above-captioned bankruptcy case be deemed closed

19
20   without further notice, hearing or court order; and

21
        3.      For such other relief as the Court deems proper.

22
                                            BARRETT DAFFIN FRAPPIER TREDER
23                                           & WEISS, LLP

24

25

26   Date:  June 15, 2010                  By:   /s/ Gerald S. Kim
                                                 GERALD S. KIM, Attorney for Movant

27

28

MOTION TO REOPEN BANKRUPTCY CASE FOR THE LIMITED PURPOSE OF VALIDATING MOVANT'S TRUSTEE SALE

| In re:<br>ELOY PENA | CHAPTER: 13 |
|---|---|
| Debtor | CASE NO:  2:09-bk-46619-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  20955 PATHFINDER ROAD, SUITE 300, DIAMOND BAR, CA  91765

A true and correct copy of the foregoing document described as <u>Motion to Reopen Bankruptcy Case For The Limited Purpose of Validating Movant's Trustee Sale</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>June 16, 2010</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

U. S. Trustee/(Los Angeles): ustpregion16.LA.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On <u>June 16, 2010</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed*.*

Hon. Judge:  Vincent P. Zurzolo, U.S. Bankruptcy Court, Roybal Federal Building, 255 East Temple Street, Los Angeles, CA 90012
Debtor: Eloy Pena, 1856 West 11 Th St, Los Angeles, CA 90006
Debtor: Eloy Pena, 12412 Magnolia Street, Garden Grove, CA 92841
Mortgagor: James P Nguyen, 12412 Magnolia Street, Garden Grove, CA 92841
Trustee - Court: Nancy Curry, 606 S. Olive Street Suite 950, Los Angeles, CA 90014

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed*.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 06/16/2010 | GERALD S. KIM | /s/ GERALD S. KIM |
|---|---|---|
| *Date* | *Type Name* | *Signature* |